Louis Fasullo
Plaintiff.

Vs.

The People of the State of Illinois
Cook County Circuit Court
Criminal Division.
Defendant.

United States District Court
Northern District of Illinois

**RECEIVED**
JUN 25 2009
Jun 25 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

09CV3848
JUDGE NORGLE
MAGISTRATE JUDGE ASHMAN

# Complaint:

The Plaintiff Louis Fasullo [Lead counsel pro se] moves the Court pursuant to United States Constitution, 28 United States Code, Federal Rules of Civil Procedures and Federal Rules of Evidence. Pro se Package.

Respectfully Submitted,
Louis Fasullo Identification number 816989
[Lead Counsel pro se]
Elgin Mental Health Care Center
750 South State Street
Elgin, Il 60123
Phone # 847-742-1040

S. Louis Fasullo
D. 06-08-09

— see continued —

— Redress of Grievances —

P. 1 of 5

## Redress of Grievances:

### What Happened:

The Plaintiff Louis Fasullo has a criminal case in Circuit Court Cook County, Case # 08CR0400901 and the State's Attorney [Mary Quinn] don't have any evidence to prosecute Louis Fasullo. The Plaintiff Louis Fasullo also has a Judicial Complaint with the Board because the Plaintiff Louis Fasullo believes that the Judge Kevin M. Sheehan is in quo warranto for ordering that the Plaintiff Louis Fasullo is Unfit to Stand Trial. The Plaintiff Louis Fasullo motioned to Quash because of no ev. and stated to his Public Defender Sharon L. Sims that Louis Fasullo wanted a hearing of a claim of unconstitutionality but PD just said that she was to busy to do that. The paper was filed and the Plaintiff Louis Fasullo had a hearing for Quash but the Judge had denied paper, Notice, Hearing of Motions without Oral Argument and Exparte and Motion to Quash Criminal Case, signed, on about, 05-29-08. The Plaintiff Louis Fasullo mailed a appeal to First District for Cook County but that appeal never got filed. Today, the Plaintiff Louis Fasullo has a Motion for Reconsideration, Case # 12231 in the Supreme Court of Illinois because the Plaintiff Louis Fasullo believes that the Judge Kevin M. Sheehan is in quo warranto for using his power to Order the Plaintiff Louis Fasullo to EMHC.

### The Court Has Jurisdiction:

The Plaintiff Louis Fasullo believes that the jurisdiction of the NDIL is because the NDIL is in longarm, the case is a violation of the Plaintiff Louis Fasullo's constitutional Rights. The Plaintiff Louis Fasullo too believes that if he's in the wrong courtroom that the

— See Continued —

P. 2 of 5

Judge transfer case to the correct courthouse.

What the Court Shall Do:

The Plaintiff Louis Fasullo wrote in Motion for Quash that the prosecutor is prosecuting in bad faith because the Plaintiff Louis Fasullo believes that he has the [per se] because:

1. The State's Attorney has to prove that the Defendant Louis Fasullo was learned that he knew that the property [stolen car] was stolen.

2. The Police Department has destroyed ev. because the Defendant Louis Fasullo had a bag filled with papers that had the victims address that the victim had given Louis Fasullo.

3. The ev. hearsay because the victim is a thrid party:
- The Police that saw the stolen auto.
- The Defendant Louis Fasullo that stated that the victim [India decent] said that Louis Fasullo can borrow the car.
- The victim who says that Louis Fasullo stole car.

4. The Defendant Louis Fasullo has a witness that'll state that the Defendant Louis Fasullo was going to be given 20 dollars to get a drivers license and needed a car to take the test.
Judi Adams
1159 S. Canal St.
Chicago, Il 60607

5. The SA has to give the Defendant Louis Fasullo the benefit of the doubt, and

6. The complaint that the Defendant Louis Fasullo has in the SDIL [not in jurisdiction] could be a mafia hit and wants that the Defendant Louis Fasullo is a prisoner.

Too, the Defendant Louis Fasullo has written letters to PD

— see continued —                P. 3 of 5

Sharon L. Sims that the PD should impeach the victim because the victim said to PD Sharon L. Sims' investigator that he wasn't at the resturant Pot Belly's but at the liquor store. But the Police Report the victim said that he was at Pot Belly's. Too, the Defendant Louis Fasullo mailed a Notice and Demand for Bill of Particulars but the SA didn't say if she was going to file motion. The Plaintiff Louis Fasullo believes because of the compiled statutes the victim Francesco Sch- iavulli should be arrested:

- 625 ILCS section 5/4-106
- 625 ILCS section 5/4-103(6)
- 625 ILCS section 5/4-103.1 and
- that the victim has an impeaching testimony to PD investigator and police officers.
- the ev. is hearsay because the police can't believe the victim only.
- the Complaint of the SDIL and the victim is a con- spirator or acted on behalf of an unknown badest person or gangbanger.
- Remember that the mafia had murdered 5 people in the Tinley Park murders. Possible...

Thus, the Honourable has to Order a Declaration of Rights or what we shall do. The Plaintiff Louis Fasullo don't want to make an Order because he aint sure if the Honourable wants to Order what the Plaintiff Louis Fasullo wants; but the Plaintiff Louis Fasullo believes that the Honourable has to give Louis Fasullo a construe or a writ of certiorari to Quash this criminal case in Cook Co. Circuit Court, Case # 08CR0400901.

—See continued—

—6 Month Certified Inmate Account—

—Certificate of Service—

## Motion for 6 Month Certified Inmate Account:

The petitioner Louis Fasullo moves the court pursuant to 28 USC section 1915.

The petitioner Louis Fasullo certifies that he doesn't have any money in his inmate acc. bank acc, real, auto or anything.

## Declaration Under Penalty of Perjury:

I the undersigned state (or certify, verify or declare) under penalty or perjury that I am the petitioner in the above action, that I have read the foregoing motion and affidavit, that the info. Contained therein is true and correct pursuant to 28 USC section 1746 and 18 USC section 1621.

## Certificate of Service:

I Louis Fasullo [lead counsel] certifies that he has mailed a copy, a letter to the clerk pursuant to 28 USC section 1915, that I really have no money for copies, that the clerk is to make copies for all parties and serve the copies at the courthouse files. Good Causes Shown.

Executed on D. 06-08-09         s. Louis Fasullo